**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DANIEL BRYCE HURLBUT**                                                            **PLAINTIFF**
**ADC #658898**

**v.**                       **Case No. 5:19-cv-00093-KGB-JJV**

**MUSSELWHITE, Warden, Grimes Unit,**                                **DEFENDANTS**
**Arkansas Department of Correction,** *et al.*

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 74). No party has objected to the Proposed Findings and Recommendations, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Judge Volpe recommends that Daniel Bryce Hurlbut's complaint, as amended, be dismissed without prejudice because Mr. Hurlbut passed away on September 28, 2019, and no motion for substitution of party was made within 90 days of service of a statement noting Mr. Hurlbut's death (*Id.*). This Court agrees with Judge Volpe's recommendation.

It is therefore ordered that:

1. The Court dismisses without prejudice Mr. Hurlbut's complaint, as amended (Dkt. No. 54);

2. The Court denies as moot defendants' motion for summary judgment (Dkt. No. 21);

3. The Court denies as moot Mr. Hurlbut's filing which the Court construed as a motion for preliminary injunction (Dkt. No. 29);

4. The Court denies as moot Mr. Hurlbut's second motion for preliminary injunction (Dkt. No. 36);

5. The Court declines to adopt the previous Proposed Findings and Recommendations submitted by Judge Volpe, as they are moot (Dkt. Nos. 6, 28, 37, 60); and

6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 10th day of February, 2020.

Kristine G. Baker
United States District Judge