IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DANIEL BRYCE HURLBUT** **PLAINTIFF**
ADC #658898

v.  Case No. 5:19-cv-00093-KGB-JJV

**MUSSELWHITE, Warden, Grimes Unit,** **DEFENDANTS**
**Arkansas Department of Correction,** *et al.*

## JUDGMENT

Pursuant to the Order entered on February 10, 2020, it is considered, ordered, and adjudged that plaintiff Daniel Bryce Hurlbut's complaint, as amended, is dismissed without prejudice (Dkt. No. 54). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 15th day of June, 2021.

_____
Kristine G. Baker
United States District Judge